

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-17-00244-CV

## EX PARTE ULLJA KUNTZE

_____

## Original Proceeding

_____

# ORDER

_____

"Appellant's Request to Reconsider Jan 03, 2018 Order," relating to the Court's

Order and Notice to File Record issued on January 3, 2018 in this proceeding, is denied.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion Denied
Order issued and filed February 14, 2018

